UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>HSIAO CHANG,<br>    Defendant. | Case No.: CR 92-0033 FMS<br><br>[PROPOSED]<br>**ORDER REMITTING FINE** |

Upon petition of the United States of America, and for good cause shown,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to the provisions of 18 U.S.C. § 3573, the unpaid portion of the fine imposed against the defendant in the amount of $3,000.00, accrued interest in the amount of $0.00, and penalties in the amount of $0.00 are hereby remitted.

Dated: October 7, 2010.

_____
Judge William Alsup